1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org

6 Attorneys for Mr. Guerrero

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2070 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| JOSE GUADALUPE GUERRERO, ) | |
| Defendant. ) | |

17    Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: July 10, 2008         *s/ James M. Chavez*
Federal Defenders of San Diego, Inc.
*james_chavez@fd.org*

1  **JAMES M. CHAVEZ**
California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
james_chavez@fd.org
5

6  Attorneys for Mr. Guerrero

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   Case No. 08mj2070
                                      )
12          Plaintiff,                )
                                      )
13  v.                                )   **PROOF OF SERVICE**
                                      )
14  **JOSE GUADALUPE GUERRERO**,      )
                                      )
15          Defendant.                )
                                      )
16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18  of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19  day upon:

20          **UNITED STATES ATTORNEY**
            efile.dkt.gc1@usdoj.gov,
21

22  Dated: July 10, 2008                         s/ *James M. Chavez*
                                                 JAMES M. CHAVEZ
23                                               Federal Defenders of San Diego, Inc.,
                                                 225 Broadway, Suite 900
24                                               San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
25                                               (619) 687-2666  (fax)
                                                 e-mail: james_chavez@fd.org
26

27

28