FILED

AUG - 5 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2551-WQH |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| JOSE GUADALUPE GUERRERO, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about _July 3, 2008_, within the Southern District of California, defendant JOSE GUADALUPE GUERRERO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CEM:lg:San Diego
7/19/08

<u>Count 2</u>

On or about July 6, 2008, within the Southern District of California, defendant JOSE GUADALUPE GUERRERO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 8/5/08

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney