AO 455(Rev. 5/85) Waiver of Indictment

<table>
<tr><td></td><td>FILED</td></tr>
<tr><td>**UNITED STATES DISTRICT COURT**<br><br>**SOUTHERN DISTRICT OF CALIFORNIA**</td><td>AUG - 5 2008<br><br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY                          DEPUTY</td></tr>
</table>

UNITED STATES OF AMERICA

v.

JOSE GUADALUPE GUERRERO

**WAIVER OF INDICTMENT**

CASE NUMBER: __08 CR 2551-WQH__


I, JOSE GUADALUPE GUERRERO, the above named defendant, who is accused of

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __8/5/08__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.


_Jose Guerrero_
Defendant


_____
Counsel for Defendant


Before __W Mclurine__
    Judicial Officer